## THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2022-0417, <u>In the Matter of Genevieve Snell and Gary Snell</u>, the court on December 12, 2023, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order.  <u>See</u> <u>Sup. Ct. R.</u> 20(2).  The respondent, Gary Snell, appeals orders of the Circuit Court (<u>Burns</u>, J.), in his divorce from the petitioner, Genevieve Snell.  The respondent argues that the trial court erred in: (1) finding that he engaged in fraud, warranting consideration of additional evidence and retroactive modification of child support; (2) denying his motion to modify child support based upon his alleged unemployment and medical issues; and (3) awarding attorney's fees to the petitioner.

As the appealing party, the respondent has the burden of demonstrating reversible error.  <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).  Based upon our review of the trial court's well-reasoned orders, the respondent's challenges to them, the relevant law, and the record submitted on appeal, we conclude that the respondent has not demonstrated reversible error.  <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**